UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 6:14-cv-1233-Orl-18KRS

EVELYN L. HANCOCK,

## ORDER

THIS CAUSE was referred to United States Magistrate Judge Karla R. Spaulding for a report and recommendation on Plaintiff United States of America's Motion for Default Judgment (Doc. 8). Judge Spaulding issued her Report and Recommendation on January 16, 2015 (Doc. 9). The Court reviewed the Report and Recommendation (Doc. 9) to which no objections were filed. The Court finds Evelyn L. Hancock liable to the United States of America in the amount of $17,402.54 plus accrued prejudgment interest, and hereby **ORDERS** and **ADJUDGES**:

1. The Report and Recommendation (Doc. 9) is **APPROVED** and **ADOPTED**.

2. The Court **GRANTS** Plaintiff United States of America's Motion for Default Judgment (Doc. 8).

3. The United States is awarded attorney's fees in the amount of $980.00 and costs in the amount of $45.00.

4. The United States shall submit a proposed judgment to the Court with the prejudgment interest properly calculated within fourteen (14) days of the date of this Order.

**DONE and ORDERED** in Orlando, Florida on this _11_ day of February, 2015.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party